IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
JUL 13 2018
Clerk, U.S. District Court
District Of Montana
Billings

| UNITED STATES OF AMERICA, | PO-18-05029-BLG-TJC |
|---|---|
| Plaintiff, | Violation No. 6610360 |
| | Location Code: M14 |
| vs. | |
| SHERRY A. DALEY, | ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE |
| Defendant. | |

Based on motion of the United States and good cause appearing,

IT IS ORDERED that the motion to dismiss (Doc. 3), with prejudice, Violation Notice 6610360 is GRANTED. This matter is dismissed, with prejudice, as fully adjudicated.

DATED this 13th day of July, 2018.

TIMOTHY J. CAVAN
United States Magistrate Judge